Motion granted. All dates and deadlines are stayed.
/s/ John R. Adams
U.S. District Judge
5/17/13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CEMA JOINT VENTURE<br><br>Plaintiff,<br><br>v.<br><br>CHARTER ONE BANK, N.A.<br><br>and<br><br>THE ROYAL BANK OF<br>SCOTLAND GROUP PLC,<br>c/o CHARTER ONE BANK, N.A.<br><br>and<br><br>THE ROYAL BANK OF<br>SCOTLAND GROUP PLC,<br>c/o CHARTER ONE BANK, N.A.<br><br>Defendants. | **JUDGE JOHN R. ADAMS**<br><br>CASE NO. 5:13-cv-00904-JRA<br><br>**JOINT MOTION FOR STAY OF DEFENDANTS' TIME TO RESPOND TO COMPLAINT AND OTHER PROCEEDINGS** |

Defendants Charter One Bank, N.A. ("Charter One"), and The Royal Bank of Scotland Group plc ("RBS Group") (jointly, "Defendants") together with Plaintiff CEMA Joint Venture ("CEMA"), hereby respectfully move to stay the time to answer or otherwise respond to the Complaint and all other proceedings in this Court, pending decision by the Judicial Panel on Multidistrict Litigation ("JPML") as to whether to transfer this case to the multidistrict litigation captioned *In re LIBOR-Based Financial Instruments Antitrust Litigation*, MDL No. 2262 (the "LIBOR MDL"), pending before the Honorable Naomi Reice Buchwald in the United States District Court for the Southern District of New York.